IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMANDA BOYETTE and JAMES WEEKS,
individually and behalf of all others similarly
situated                                                                                                    PLAINTIFFS

v.                                            Case No. 4:19-cv-4119

LOWE'S HOME CENTERS, LLC
and DOES 1 through 100                                                                         DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss Without Prejudice. (ECF No. 29). The Court finds that no response is necessary and that the matter is ripe for consideration.

Plaintiffs seek to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41. An action may also be dismissed by court order at the plaintiff's request, on terms the court considers proper. Fed. R. Civ. P. 41(a)(2). "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Upon consideration, the Court finds that good cause exists for the motion. Defendant Lowe's Home Centers, LLC will not be prejudiced by the dismissal because it has not appeared in this case or otherwise filed any documents. Accordingly, Plaintiffs' motion for voluntary dismissal (ECF No. 29) is hereby **GRANTED**. Plaintiffs' claims in this case are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of May, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge